UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH MENY AH,<br><br>             Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>             Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-00687-RWS-JSA |

# N O T I C E

The above styled action has been referred to Magistrate Judge Justin S Anand pursuant to Standing Order 14-01.  **All** pretrial matters, e.g., discovery, motions, extensions of time, hearings, conferences, etc., will by handled by the **Magistrate Judge**. NOTICE TO ALL COUNSEL OF RECORD  -  The Judge designation in the civil action number assigned to this case has been changed to 1:16-cv-00687-RWS-JSA. Please make note of this change in order to facilitate the docketing of pleadings in this case.

Dated at Atlanta, Georgia this 7th day of March, 2016.

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
  and CLERK OF COURT

By: s/*Shane Gazaway*
     Deputy Clerk